```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

CASA BLANCA/SANIBEL CONDO
ASSN AND/OR ALL UNIT OWNERS
ATIMA,

    Plaintiff,

v.                      Case No: 2:23-cv-783-JES-KCD

HARDFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____

### ORDER

This matter comes before the Court on the parties' Rule 41 Stipulation of Dismissal (Doc. #16) filed on February 20, 2024. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __20th__ day of February 2024.

                                                */s/ John E. Steele*
                                              JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record